**UNITED STATES COURT OF APPEALS**
**for the Fifth Circuit**

_____

No. 97-30513

_____


FRANCIS K. SONNIER, Individually and on behalf of
Kyle David Sonnier,

Plaintiff-Appellee,

VERSUS


CENTENNIAL LIFE INSURANCE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(94-CV-109)

_____
February 18, 1998
Before DAVIS, PARKER and WIENER, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated by the district court, its judgment is AFFIRMED. The district court did not err in concluding that Centennial's "excessive increases in premiums" constituted a constructive cancellation of its group health insurance policy under **Cataldie v. Louisiana Health Serv. & Indemn. Co.**, 456 So.2d 1373 (La. 1984).

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.